# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------X

**DOUGLAS MASTRIANO,**

        **Plaintiff,**     Docket No.: 22-cv-2657-RC

  -against-

**NANCY PELOSI, et al.,**

        **Defendants.**

-----------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Douglas Mastriano by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(1), as this action has become moot.

Plaintiff filed this action for Declaratory Judgment after the U.S. House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Committee") attempted to subject him to an unauthorized and unlawful deposition, in direct violation of House Regulations for the Use of Deposition Authority (the "Deposition Regulations").

None of the Defendants named herein has filed an Answer or a motion to dismiss. Instead, Defendants sought and obtained a 30-day extension of time to answer to December 12, 2022, and then failed to file an answer within that time. As such, Defendants are currently in default.[1]

---

[1] Rather than answer this complaint or defend their indefensible violations of the Deposition Regulations, Defendants released a report, in which they materially misrepresented the conduct of the deposition at issue and the negotiations leading up to it:

> The Select Committee subpoenaed Senator Mastriano to testify about these interactions with President Trump and his advisors, among other matters. Unlike numerous other witnesses who complied with subpoenas and provided deposition testimony to the Select Committee, Mastriano did not; he logged in to a virtual deposition at the appointed time but logged out before answering any substantive questions or even taking the oath to the tell the truth.

Having failed to comply with the Court-Ordered deadline, this Court ordered Defendants to file a status report on or before December 29, 2022.

Late afternoon on December 28, 2022, the eve of their Court-Ordered deadline, Defendant Bennie Thompson transmitted a letter to the undersigned formally withdrawing the subpoena.[2]

As the subpoena at issue has been withdrawn Defendants are no longer seeking to conduct their unauthorized and unlawful deposition, which renders these proceedings moot. For these reasons, Plaintiff voluntarily dismisses this action.

Respectfully submitted,

Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
*Counsel for the Plaintiff*
One World Trade Center, Suite 8500
New York, New York 10007

---

[2] A copy of this letter is annexed hereto at Exhibit "A."